## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| JOHN H. MORLEY, JR., | : | No. 80 EAL 2018 |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| v. | : | |
| | : | |
| LAWRENCE M. FARNESE, JR., KEVIN MICHAEL GREENBERG, GEORGE J. FARRELL, GAETANO PICCIRILLI, MICHAEL WEISS AND KAREN GREENBERG, | : | |
| Respondents | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 7th day of August, 2018, the Petition for Allowance of Appeal and Motion to Strike Answer to Petition for Allowance of Appeal are **DENIED**.